1

2

3    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )
                                         )
12                   Plaintiff,          )      SA 07-233M
                                         )
13          v.                           )      ORDER OF DETENTION AFTER HEARING
                                         )           (18 U.S.C. § 3142(i))
14   ARNULFO PEREZ GASCA,                )
                                         )
15                   Defendant.          )
     _____ )
16

17                                       I.

18   A.  ( ) On motion of the Government involving an alleged

19        1.  ( )  crime of violence;

20        2.  ( )  offense with maximum sentence of life imprisonment or death;

21        3.  ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§  801,/951, et. seq.,/955a);

23        4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( X ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1.  ( X )    serious risk defendant will flee;

26        2.  ( )  serious risk defendant will

27              a. ( )   obstruct or attempt to obstruct justice;

28              b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

---

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )    appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

## III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:


B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C. ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:


D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5    consultation with his counsel.

6

7

8    Dated: August 15, 2007

9    _____

10   Marc L. Goldman
     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**